■ THOMAS PETRELLA, Appellant, v. STEPHEN E. GRUBER et al., Respondents.— In an action to recover damages for personal injury, the plaintiff appeals from an order of the Supreme Court, Nassau County, dated March 12, 1963, which denied his motion for leave to amend his bill of particulars so as to allege (1) additional physical injuries; and (2) loss of earnings. Order affirmed, with $10 costs and disbursements (*Handschu* v. *Weltz*, 13 A D 2d 679). Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ MAX G. ROGERS, Respondent, v. MARTIN M. POMERANTZ, Appellant.— In an action to recover damages for injury to person and property, defendant appeals from an order of the Supreme Court, Nassau County, dated March 1, 1963, which denied his motion to dismiss the complaint for lack of prosecution " with leave to renew in the event application for a general preference * * * is not filed on or before March 11, 1963, or in the event such general preference is denied." Order reversed, without costs; motion granted unconditionally; and complaint dismissed, without costs. The record fails to show any adequate excuse for the delay of more than three years in the prosecution of this action. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

## THIRD DEPARTMENT, SEPTEMBER, 1963

### (September 24, 1963)

■ In the Matter of the Proceedings Pursuant to Section 9-a, Amended to Section 22 of Article VI of the New York Constitution in Relation to LOUIS L. FRIEDMAN, JUSTICE OF THE SUPREME COURT, SECOND JUDICIAL DISTRICT. In the Matter of LOUIS L. FRIEDMAN, Petitioner, v. COURT ON THE JUDICIARY, STATE OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Bergan, P. J., Herlihy, Reynolds and Taylor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. YAZUM, Also Known as LARRY JAMISON, Appellant.— Motion to resettle order, dated July 2, 1963, granted. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ. [18 A D 2d 409.]

■ In the Matter of PEASE OIL COMPANY et al., Petitioners, v. STATE TAX COMMISSION, Respondent.— Motion to modify order entered May 20, 1963 denied, and proceeding dismissed. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ. [18 A D 2d 867, 1124.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ULYSSES McGEE, Defendant.— Motion for permission to serve a copy of notice of appeal in Clerk's office of Sullivan County *nunc pro tunc* pursuant to section 524-a of the Code of Criminal Procedure granted. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

## FOURTH DEPARTMENT, SEPTEMBER, 1963

### (September 12, 1963)

■ In the Matter of CARL J. AMATO, an Attorney.— Order of disbarment entered August 1, 1963.

■ In the Matter of JOHN C. WARD, an Attorney.— Application granted and order of reinstatement entered.